# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**VERLIN SMITH**                                                                                          **PLAINTIFF**

**v.**                                        **3:09CV00203-BRW**

**HYTROL CONVEYOR COMPANY, INC.**                                          **DEFENDANT**

## ORDER

Defendant's unopposed Motion to Extend Dispositive Motions Deadline (Doc. No. 11) is GRANTED. Accordingly, dispositive motions will be due 5:00 p.m., Friday, May 20, 2011.

IT IS SO ORDERED this 9th day of May, 2011.


                                                          /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE