# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**VERLIN SMITH**                                                                                                    **PLAINTIFF**

**v.**                                          **3:09CV00203-BRW**

**HYTROL CONVEYOR COMPANY, INC.**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this date, summary judgment is granted in favor of the Defendant.

IT IS SO ADJUDGED this 7th day of July, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE